JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR ALLEN JR., | No. CV 21-8514-DSF (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| B. GRADY, Warden, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus Without Prejudice to Filing a Civil Rights Action,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus is dismissed without prejudice to Petitioner's ability to file a separate civil rights action.

DATED: May 16, 2022

DALE S. FISCHER
United States District Judge